**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| WELLINGTON, CHRISTOPHER H | ) | |
| WELLINGTON, CHRISTINE M | ) | CASE NO. 08-04997 RG |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

  At:   U.S. BANKRUPTCY COURT
        Kane County Courthouse
        100 S. 3rd Street, Room 140
        Geneva, IL  60134

  on:   **April 30, 2009**
  at:   **10:00 a.m.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

  a. Receipts                              $             5,503.72

  b. Disbursements                         $                 0.00

  c. Net Cash Available for Distribution   $             5,503.72

4.   Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $          0.00 | $      1,300.37 | $ |

| | | |
|---|---|---|
| JOSEPH R. VOILAND<br>Trustee | $  0.00  $ | $  522.37 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $29,219.32, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $12.60%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Capital Recovery II | $ 2,019.69 | $ 254.44 |
| 2 | Capital Recovery II | $ 507.27 | $ 63.90 |
| 3 | Capital Recovery II | $ 2,668.82 | $ 336.21 |
| 4 | TARGET NATIONAL BANK | $ 8,214.03 | $ 1,034.78 |
| 5 | TARGET NATIONAL BANK | $ 6,440.04 | $ 811.30 |
| 6 | Dell Financial Services, LLC | $ 2,269.59 | $ 285.92 |
| 7 | CHASE BANK USA | $ 1,675.15 | $ 211.03 |
| 8 | CHASE BANK USA | $ 3,653.49 | $ 460.26 |
| 9 | eCAST Settlement Corporation assignee of | $ 181.91 | $ 22.92 |
| 10 | eCAST Settlement Corporation assignee of | $ 1,589.33 | $ 200.22 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtors have been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

    Real Estate (2059 Bradford Lane, Aurora, IL) - $210,000.00; Checking Account - $1,000.00; Household Goods - $2,000.00; Wearing Apparel - $1,000.00; 2001 Dodge Caravan - $4,000.00; 1998 Saturn - $1,500.00.

      The Trustee seeks abandonment of said assets because they are subject to Debtors' valid claim of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated:   **April 8, 2009**                        For the Court,


                              By:   **KENNETH S. GARDNER**
                                   Kenneth S. Gardner
                                   Clerk of the United States Bankruptcy Court
                                   219 S. Dearborn Street, 7th Floor
                                   Chicago, IL  60604

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Apr 08, 2009
Case: 08-04997                 Form ID: pdf002              Total Served: 30


The following entities were served by first class mail on Apr 10, 2009.
db/jdb        +Christopher H Wellington,    Christine M Wellington,    2059 Bradford Lane,    Aurora, IL 60506-1709
aty           +Peter Muldoon,    Law Office of Peter O. Muldoon,    340 Houston Street,    Suite C,
               Batavia, IL 60510-2091
tr            +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
12001711      +Amazon.com,    PO BOx 15153,    Wilmington, DE 19886-5153
12001715      +Best Buy Reward ZOne,    PO Box 88000,    Baltimore, MD 21288-0001
12001716      +Bill Me Later,    PO Box 105658,    Atlanta, GA 30348-5658
12420554      +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12001717      +Capital One Bank,    PO Box 5294,    Carol Stream, IL 60197-5294
12001718      +Chase,    PO Box 15153,    Wilmington, DE 19886-5153
12001719      +Ciitfinancial Retail Services,    PO Box 22060,    Tempe, AZ 85285-2060
12001720      +Circuit City,    PO Box 15292,    Wilmington, DE 19886-5292
12001721      +Dell Finance Services,    Payment processing center,    PO Box 6403,    Carol Stream, IL 60197-6403
12380199       Dell Financial Services, LLC,    c/o Resurgent Capital Services,    P.O. Box 10390,
               Greenville, SC 29603-0390
12001722      +Gateway Retail Services,    PO Box 17602,    Baltimore, MD 21297-1602
12001723      +Geico Mastercard,    PO Box 5712,    Hicksville, NY 11802-5712
12001724       Household Bank Master Card Services,    PO Box 17051,    Baltimore, MD 21297-1051
12001727      +National City Mortgage Co.,    PO Box 533510,    Atlanta, GA 30353-3510
12001728      +PayPal Plus,    PO Box 960080,    Orlando, FL 32896-0080
12379420      +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12001729       Target,    Target National Bank,    PO Box 59317,    Minneapolis, MN 55459-0317
12001730      +Wells Fargo Financial National bank,    Tiger Gold Card,    PO BOx 98796,
               Las Vegas, NV 89193-8796
12454357       eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480

The following entities were served by electronic transmission on Apr 08, 2009.
12001712      +Fax: 630-653-8332 Apr 09 2009 00:25:12      American General Finance,    Narco Gary Ave. Shpg Ctr,
               373 N. Gary Ave,    Carol Stream, IL 60188-1821
12688826      +E-mail/PDF: rmscedi@recoverycorp.com Apr 09 2009 04:20:50      Capital Recovery II,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12001725      +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2009 04:19:02      JC Penney,    PO Box 960001,
               Orlando, FL 32896-0001
12001726      +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2009 04:18:53      Lowes,    PO Box 530914,
               Atlanta, GA 30353-0914
12688827       E-mail/PDF: rmscedi@recoverycorp.com Apr 09 2009 04:20:51
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
12366309      +E-mail/PDF: rmscedi@recoverycorp.com Apr 09 2009 04:20:54
               Recovery Management Systems Corporation,    For GE Money Bank,    dba LOWES CONSUMER,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12366279      +E-mail/PDF: rmscedi@recoverycorp.com Apr 09 2009 04:20:55
               Recovery Management Systems Corporation,    For GE Money Bank,    dba PAYPAL PLUS CREDIT,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12366285      +E-mail/PDF: rmscedi@recoverycorp.com Apr 09 2009 04:20:52
               Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY CREDIT SERVICES,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12001713*     +American General Finance,    Narco Gary Ave. Shpg Ctr,    373 N. Gary Ave,
               Carol Stream, IL 60188-1821
12001714*     +American General Finance,    Narco Gary Ave. Shpg Ctr,    373 N. Gary Ave,
               Carol Stream, IL 60188-1821
12454358*      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480
                                                                                               TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2             Date Rcvd: Apr 08, 2009
Case: 08-04997                Form ID: pdf002          Total Served: 30

              ***** BYPASSED RECIPIENTS (continued) *****
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 10, 2009          Signature:  *Joseph Speetjens*